LINDA HOLTZ, Appellant, v JANERIO D. ALDRIDGE et al., Respondents. (Appeal No. 2.) [683 NYS2d 465] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.

 In the Matter of NANCY L. EMMI, Respondent, v GARY T. FLESZAR, Appellant. [683 NYS2d 452] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Family Court erred in allowing petitioner to relocate from Syracuse to Philadelphia with the parties' minor child. Petitioner's sole reason to relocate was to place distance between petitioner and respondent to alleviate the conflict between them. There was no evidence that the relocation was in the best interests of the child (*see, Matter of Tropea v Tropea*, 87 NY2d 727, 741; *Matter of Mahoney v Doring*, 256 AD2d 1112 [decided herewith]). A custodial parent's desire for a "fresh start", standing alone, is insufficient to justify relocation (*see, Sawyer v Sawyer*, 242 AD2d 969). Similarly, a custodial parent's desire to relocate based solely on irreconcilable differences with the ex-spouse is also insufficient to justify relocation. Thus, we modify the order by denying the petition. (Appeal from Order of Onondaga County Family Court, Rossi, J.—Custody.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.

 In the Matter of WILLIAM SEIDEL, Respondent, v AMY SEIDEL, Appellant. [683 NYS2d 465] —Order unanimously affirmed without costs for reasons stated in decision at Steuben County Family Court, Falvey, J. (Appeal from Order of Steuben County Family Court, Falvey, J.—Custody.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.